**Dismiss and Opinion Filed March 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00879-CV

**DAVID CAUDLE, Appellant**
**V.**
**CHINLING WU A/K/A JEAN CAUDLE, DCCW PROPERTIES, INC. AND OLSON CAPITAL INVESTMENTS, LLC, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01519**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Pedersen, III
Opinion by Justice Pedersen, III

The docketing statement and clerk's record in this case have not been filed.

By postcard dated October 7, 2021, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated January 28, 2022, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification that he (1) had either paid for or made arrangements to pay for the record, or (2) is entitled to proceed without

payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

210879f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID CAUDLE, Appellant

No. 05-21-00879-CV          V.

CHINLING WU A/K/A JEAN
CAUDLE, DCCW PROPERTIES,
INC. AND OLSON CAPITAL
INVESTMENTS, LLC, Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-01519.
Opinion delivered by Justice
Pedersen, III. Justices Schenck and
Molberg participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 1st day of March, 2022.